

April 12, 2022

**VIA ECF**
Hon. Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Wilson v. County of Suffolk*; 21 Civ. 3716 (JS) (SIL)

Dear Judge Seybert,

      I represent the plaintiff, Ron Wilson, in the above-referenced matter. This letter is submitted in response to the Court's request for a status report in this matter.

      To date, the appeal of the decision in *Does 1-10 v. Suffolk County*, is pending in the Second Circuit. The matter is fully-submitted and no date has yet been set for oral argument.

Respectfully,

/s/
Amy L. Bellantoni


cc: Counsel for Defendants (via ECF)