# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 12, 2022

Hon. Joanna Seybert, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Wilson v. County of Suffolk*
    CV21-3716 (JS) (SIL)

Dear Judge Seybert:

This office represents defendant County of Suffolk in this action pursuant to 42 U.S.C § 1983 brought by plaintiff Ron Wilson.

We advise that the Court of Appeals for the Second Circuit has affirmed the dismissal of *Does v. County of Suffolk*, CV21- 3409 (GRB) (JMW). A copy of their Order accompanies this letter. Further, as Amy Bellantoni, Esq., counsel for plaintiffs in both matters, conceded at oral appellate argument in *Does*, the Delta Level Defense CT4-2A, the weapon at issue in both cases, is illegal under recently enacted New York State law.

We thank the Court for its continuing time and attention to this matter.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

**LOCATION**  **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**  **P.O. BOX 6100**  **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**  ♦  **HAUPPAUGE, NY  11788-0099**  ♦  **TELECOPIER (631) 853-5169**