

October 5, 2022

**VIA ECF**

Hon. Joanna Seybert, U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Wilson v. Suffolk County, et al.*
               21 Civ. 3716 (JS) (SIL)

Dear Judge Seybert,

      I represent the plaintiff, Ron Wilson, in the above-referenced matter.

      On July 15, 2022, following the Second Circuit's decision in *Does v. Suffolk County*, the stay of this action was lifted. In the same Order, this Court directed the parties to file a letter on or before July 22, 2022 indicating how they intend to proceed with this action.

      On July 22, 2022, the undersigned filed a letter that, among other things, asked the Court to set a discovery schedule or, in the alternative, a date by which the parties must file a proposed case management plan so that Mr. Wilson may proceed with the prosecution of his claims.

      Defendants failed to respond to the Court's July 15, 2022 Order.

      On August 16, 2022, this Court issued a second Order that acknowledged, "Defendants have failed to respond to the Court's July 15, 2022 Order" and Ordered, "On or before August 22, 2022, Defendants shall file a letter and advise how they intend to proceed with this action."

      On August 18, 2022, defense counsel filed a "letter motion" seeking an enlargement of time to file an Answer to the Complaint until September 1, 2022.

      Close to 3 months after the Stay of these proceedings was lifted, no Answer has been filed.

This action was filed in July 2021. Defendants should not be permitted to continue to delay this action.

I am respectfully requesting that the Court Order Defendants to file an Answer within 7 days so that Mr. Wilson can proceed with the prosecution of his claims. Thank you for the Court's attention in this matter.

Sincerely,

/s
Amy L. Bellantoni


cc: Arlene Zwilling [via ECF]