

March 16, 2023

**VIA ECF**

Hon. Steven I. Locke
U.S. District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Wilson v. Suffolk County*
              21 Civ. 3716 (JS) (SIL)

Your Honor,

    I represent the plaintiff, Ron Wilson, in the above-reference matter.

    As a follow up to my letter dated March 15, 2023, I have been advised by counsel that, for some reason, the County had not received the prior communications from my office relating to the defendants' withholding of requested documents and our requests for the production of a privilege log.

    I am currently in communication with Ms. Zwilling and the parties are attempting to resolve the matter, which includes the County's attempt to identify and/or locate any responsive documents.

    In the hope that this matter can be resolved, I am respectfully withdrawing my request for Court intervention at this time, and will again seek assistance if a resolution cannot be reached. Thank you for the Court's consideration in this matter.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400　　　info@bellantoni-law.com　　　(914) 367-0090 (t)
Scarsdale, New York 10583　　　www.bellantoni-law.com　　　(888) 763-9761 (f)