| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 10/11/2023 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 11:00 am |

CASE: **CV 21-3716(JS) Wilson v. Suffolk County et al**

TYPE OF CONFERENCE: STATUS  FTR: 11:10-11:16

APPEARANCES:
 For Plaintiff:  Amy Bellantoni

 For Defendant: Arlene Zwilling

## THE FOLLOWING RULINGS WERE MADE:

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held. Depositions are ongoing. If an issue arises concerning depositions, the parties will meet and confer and file letter motions as appropriate as soon as practical. Next status conference: December 11, 2023 at 1:30pm. The parties will be prepared to address summary motions at the next conference.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

  12/11/23 at 1:30 pm  : Status conference

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge